Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRAVELERS PERSONAL INSURANCE
COMPANY,

                    Plaintiff,

      vs.

REBECCA VOSS, individually and as the
Personal Representative of THE ESTATE OF
DEBBIE HENDERSON,

              Defendant.

No.  3:23-cv-5975-BHS

**STIPULATION AND ORDER OF
DISMISSAL**

**NOTE ON MOTION CALENDAR:
JUNE 24, 2024**

## I.    STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Travelers Personal Insurance Company and Defendant Rebecca Voss, individually and as the Personal Representative of the Estate of Debbie Henderson, hereby stipulate and agree that the above-entitled action has been settled. Accordingly, the parties stipulate to the dismissal of all claims asserted, or which could have been asserted on their merits, with prejudice and without costs to either party. The parties request that a judgment of dismissal with prejudice and on the merits be entered in the above-entitled action pursuant hereto.

Lether Law Group
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

DATED this 24th day of June 2024.

2

3

LETHER LAW GROUP                    LEVY VON BECK COMSTOCK, P.S.

4

_s/ Thomas Lether_                   _s/ Ryan Sobotka_
Thomas Lether, WSBA #18089          Seth E. Chastain, WSBA #43066

5

N. Chance Laboda, WSBA #54273       Ryan Sobotka, WSBA #51217
Matthew Allinder, WSBA #61509       Karl Kleppe, WSBA #59903

6

1848 Westlake Avenue N, Suite 100   1200 Fifth Avenue, Suite 1850
Seattle, WA 98109                   Seattle WA 98101

7

P: (206) 467-5444/F: (206) 467-5544  P: 206 626 5444
tlether@letherlaw.com               sechastain@levy-law.com

8

claboda@letherlaw.com               ryan@levy-law.com

9

mallinder@letherlaw.com             karl@levy-law.com
*Counsel for Plaintiff Travelers*    *Attorneys for Defendant Rebecca Voss*

10

*Personal Insurance Company*

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF
DISMISSAL  – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

## II.     ORDER

2      Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED, and

3   DECREED that all claims asserted in the above-entitled matter, including any and all claims

4   that could have been asserted on their merits, are hereby dismissed with prejudice and without

5   costs to either party.

6

7      DATED this 25th day of June, 2024.

8

9

10                                          BENJAMIN H. SETTLE
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF
DISMISSAL  – 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Seth E. Chastain
Ryan Sobotka
Karl Kleppe
Levy von Beck Comstock, P.S.
1200 Fifth Avenue, Suite 1850
Seattle WA 98101
P: 206 626 5444
Direct: 206 673 2235
sechastain@levy-law.com
ryan@levy-law.com
karl@levy-law.com

**By:        [ ] Email          [X] Email/E-Service          [  ] Legal Messenger**

Dated this 24th day of June 2024 at Seattle, Washington.

*/s/Devon Sheehan*
Devon Sheehan | Paralegal

STIPULATION AND ORDER OF
DISMISSAL  – 4